IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TYRIS M. SHEPARD,

    Petitioner,

v.

CAROL HOLINKA, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-355-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Tyris M. Shepard for a writ of habeas corpus under 28 U.S.C. § 2241 is dismissed for petitioner's failure to exhaust his administrative remedies.

By: _____, Deputy Clerk      6-22-11
    Peter Oppeneer, Clerk of Court             Date